JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br>         Plaintiff,<br><br>                    v.<br><br>ATOLL AUTO BODY, et al.,<br>         Defendants. | 2:25-cv-01510-DSF-Ex<br><br>JUDGMENT |

The Court having issued an order to show cause re dismissal for lack of prosecution with regard to the remaining Defendant, Gapd Inc., and Plaintiff not having responded within the time allotted by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action against Gapd Inc. be dismissed without prejudice.

Date:  February 6, 2026

Dale S. Fischer
United States District Judge